**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-25010-MORENO**

ISAAC TOLEDANO, et al.

Plaintiffs,

v.

YAAKOV MORAD, et al.

Defendants.
_______________________________________/

**PLAINTIFF ISAAC TOLEDANO'S CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ISAAC TOLEDANO ("**Toledano**") makes the following disclosures:

1. Toledano is a U.S. citizen and resident of Florida.

2. Toledano respectfully submits the following list of persons, including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity, that has or might have an interest in the outcome of this case:

a. Plaintiff Isaac Toledano

b. Liat Toledano, Isaac Toledano's wife

c. Plaintiff BH-SD Mall, LLC, a Delaware limited liability company

d. Plaintiff BH Southplace Holdings, LLC, a Delaware limited liability company

e. Plaintiff BH SD-Southplace Manager, LLC, a Delaware limited liability company

f. Plaintiff BH Worldwide Real Estate Holdings, LLC, a Delaware limited liability company


KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 S. BISCAYNE BLVD., SUITE 1800, MIAMI, FL 33131, 305.379.9000

g. Defendant Yaakov Morad

h. Defendant Apirion Real Estate, LLC, a Delaware limited liability company

i. Defendant BH Apirion LLC, a Delaware limited liability company

j. Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Counsel for Plaintiffs

k. Alan J. Kluger, Esq., Counsel for Plaintiffs

l. Steve I. Silverman, Esq., Counsel for Plaintiffs

m. Jonathan Korin, Esq., Counsel for Plaintiffs

n. King & Spalding, LLP, Counsel for Defendants

o. Brian Miller, Esq., Counsel for Defendants

p. Ross Linzer, Esq. Counsel for Defendants

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
*Counsel for Plaintiffs*
201 South Biscayne Boulevard
Suite 1800
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: s/ *Steve I. Silverman*
**Alan J. Kluger**
Fla. Bar No. 200379
akluger@KlugerKaplan.com
**Steve I. Silverman**
Fla. Bar No. 516831
ssilverman@KlugerKaplan.com
**Jonathan Korin**
Fla. Bar. No. 93914
jkorin@KlugerKaplan.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record via the CM/ECF portal on this August 11, 2026.

By: */s/ Steve I. Silverman*
Steve I. Silverman, Esq.