**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-25010-MORENO**

ISAAC TOLEDANO a/k/a YIZHAK TOLEDANO, an individual, BH-SD MALL LLC, a Delaware limited liability company BH SOUTHPLACE HOLDINGS, LLC, a Delaware limited liability company, BH SD-SOUTHPLACE MANAGER LLC a Delaware limited liability company, BH WORLDWIDE REAL ESTATE HOLDINGS, LLC, a Delaware limited liability company,

Plaintiffs,

v.

YAAKOV MORAD, an individual, APIRION REAL ESTATE, LLC, a Delaware limited liability company, BH APIRION LLC, a Delaware limited liability company,

Defendants.
__________________________________________/

**PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Plaintiffs ISAAC TOLEDANO ("**Toledano**"), BH-SD MALL LLC ("**BH-SD Mall**"), BH SOUTHPLACE HOLDINGS, LLC ("**Southplace Holdings**"), BH-SD SOUTHPLACE MANAGER LLC ("**Southplace Manager**"), and BH WORLDWIDE REAL ESTATE HOLDINGS LLC ("**BH Worldwide**"), through undersigned counsel, and pursuant to Local Rule 3.8 hereby file this Notice of Pending, Refiled, Related or Similar Actions.

A related and similar action is currently pending as Case No. 1:26-cv-25388 before the Honorable Judge Beth Bloom (the "**Related Action**"). This action was filed first. This action relates to two real estate transactions and contracts, one of which is the same as that which is the subject of the Related Action, and both actions include substantially the same parties, the

same property, and the same core legal and factual issues. The Related Action is in the nature of a counterclaim to this action. The Related Action should be transferred to Judge Moreno and then consolidated with this action for discovery and trial.

This action was filed in Florida state court on June 24, 2026 and removed to this Court on July 24, 2026. The Related Action was filed in Florida state court on July 7, 2026 and removed to this Court on August 10, 2026.

Transfer of the Related Case to Judge Moreno would be in the interest of judicial efficiency and economy, conserve judicial and party resources, and will prevent inconsistent judgments.

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
*Counsel for Plaintiffs*
201 South Biscayne Boulevard
Suite 1800
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: s/ *Steve I. Silverman*
**Alan J. Kluger**
Fla. Bar No. 200379
akluger@KlugerKaplan.com
**Steve I. Silverman**
Fla. Bar No. 516831
ssilverman@KlugerKaplan.com
**Jonathan Korin**
Fla. Bar. No. 93914
jkorin@KlugerKaplan.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record via the CM/ECF on this August 17, 2026.

By: */s/ Steve I. Silverman*
Steve I. Silverman, Esq.